**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DONNA A. BLACK,

Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

Defendants.

Case No. 24-cv-1449 (JMC)

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that District's partial motion to dismiss, ECF 5, is **GRANTED**, and the Court declines to retain supplemental jurisdiction over Count III so dismisses that claim without prejudice.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: September 4, 2026